Thomas E. Frankovich (State Bar No. 74414)
THOMAS E. FRANKOVICH, APLC
1165 Hoff Way, Suite 203
Orland, CA 95963-9106
Telephone:   (530) 824-1000
Email:   TFrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

Jamerson C. Allen (State Bar No. 132866)
Janelle Sahouria (State Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone    (415) 394-9400
Facsimile:   (415) 394.9401
E-mail:   Jamerson.Allen@jacksonlewis.com
E-mail:   Janelle.Sahouria@jacksonlewis.com

Attorneys for Defendant
THE TAM-PACIFIC GROUP LLC dba BRIGHTSTAR CARE

Carl E. Kadlic (State Bar No. 193778)
LAW OFFICES OF CARL E. KADLIC
3527 Mt. Diablo Blvd., Suite 112
Lafayette, CA 94549
Telephone:   (925) 726-3197
Email:   ckadlic@kadliclaw.com

Attorney for Defendant
EXECUTIVE CENTER BUILDING ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>   Plaintiff,<br><br> v.<br><br>THE TAM-PACIFIC GROUP LLC., dba BRIGHTSTAR CARE; EXECUTIVE CENTER BUILDING ASSOCIATION,<br><br>   Defendants. | Case No.: 3:19-CV-05802-RS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Richard Seeborg<br><br>Complaint Filed: September 17, 2019<br>Trial Date: None Set |

Plaintiff BYRON CHAPMAN and Defendants THE TAM-PACIFIC GROUP, LLP dba BRIGHTSTAR CARE and EXECUTIVE CENTER BUILDING ASSOCIATION (collectively, "Defendants") by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to voluntarily dismiss the entire Action and any and all claims Plaintiff brought against Defendants with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  August 9, 2021             THOMAS E. FRANKOVICH, APLC

By:   */s/* Thomas E. Frankovich
      Thomas E. Frankovich

Attorneys for Plaintiff
BYRON CHAPMAN

Dated:  August 9, 2021             JACKSON LEWIS P.C.

By:    */s/* Janelle J. Sahouria
       Jamerson C. Allen
       Janelle J. Sahouria

Attorneys for Defendant
THE TAM-PACIFIC GROUP LLC
dba BRIGHTSTAR CARE

Dated:  August 9, 2021             LAW OFFICES OF CARL E. KADLIC

By:    */s/* Carl E. Kadlic
       Carl E. Kadlic

Attorneys for Defendant
EXECUTIVE CENTER BUILDING
ASSOCIATION

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Thomas E. Frankovich, counsel for Plaintiff BYRON CHAPMAN and Carl E. Kadlic, counsel for Defendant EXECUTIVE CENTER BUILDING ASSOCIATION, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 9, 2021                           JACKSON LEWIS P.C.

                                                By:  /s/ Janelle J. Sahouria
                                                     Janelle J. Sahouria

4824-1906-6101, v. 1